HONORABLE ROBERT J. BRYAN



CV 01-05138 #00000054

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| CORY L. THOMAS, ABDULLAH ALI, MUHAMMAD ALEXANDER, and ISMAIL RAHMAAN, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF TACOMA, a municipal corporation, TACOMA POLICE DEPARTMENT, BRIAN EBERSOLE, JAMES O. HAIRSTON, RAY CORPUZ; KRISTI BUCKLIN; NATHAN CLAMMER, TERRY KRAUSE, ROBERT LUKE, DAVID PECK, STEVE O'KEEFE, ROBERT BAKER, JOE BUNDY, RONALD TENNYSON, TODD TERHAR, DAVID ANDERSON, SHEPPARD CLARKE, KEITH MILLER, JOHN DOE BLAIR, JOHN DOE TACOMA POLICE OFFICER NO. 1 (MARLBORO), <br><br> Defendants. | NO. CO1-5138 RJB <br><br> AFFIDAVIT OF SHELLEY M. KERSLAKE IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL ANSWERS TO INTERROGATORIES |

AFFIDAVIT OF
SHELLEY M. KERSLAKE - 1



Tacoma City Attorney
Civil Division
747 Market Street, Room 1120
Tacoma, Washington 98402-3767
(253) 591-5885 / FAX 591-5755

STATE OF WASHINGTON            )
                               ) ss
COUNTY OF PIERCE               )

SHELLEY M KERSLAKE, being first duly sworn on oath, deposes and states as follows

1. That I am one of the attorneys of record for the defendants in the above-captioned action, and am over the age of eighteen and competent to testify herein

2. That on June 1, 2001, interrogatories and requests for production of documents were propounded individually to each plaintiff

3. That on July 11, 2001, at the request of plaintiffs' counsel, the due date for his clients' answers and responses was extended to August 1, 2001  See letters attached as Exhibit 1

4. That on August 7, 2001, the answers and responses that were received, were wholly inadequate, as evidenced by the answers attached to defendants' Memorandum

5. That following your affiant's review of the plaintiffs' answers and the documents produced, a CR 37 conference was held with Attorney Howell on September 14, 2001  At that time, plaintiffs' attorney agreed to provide complete answers by the following Friday, September 21, 2001

AFFIDAVIT OF
SHELLEY M KERSLAKE - 2

6       That following the CR 37 conference, on September 14, 2001, a letter detailing each answer and response that required answers or supplemental information was faxed to Mr Howell   See Exhibit 2

7       That on Friday, September 21, 2001, an additional extension of one week was requested by Mr Howell's legal assistant, and granted

8       That on September 25, 2001, I received plaintiff Ali's supplemental answers (attached hereto as Exhibit 3)   However, these answers fail to correct the deficiencies noted in my letter of September 14, 2001

9       That as of this date, no supplemental responses have been received for the other plaintiffs

10      That the plaintiffs' depositions are currently scheduled for October 16 and 17, 2001, and these answers are necessary to adequately prepare for the depositions and to keep the depositions within the time frame allowed by court rule

11      That I have reviewed the plaintiffs responses to the Defendants' First and Second Request for Production of Documents   These responses are referenced by the plaintiffs in their answers to Defendant's Interrogatories Nos 11, 12, 16 and 17

AFFIDAVIT OF
SHELLEY M KERSLAKE - 3

Tacoma City Attorney
Civil Division
747 Market Street, Room 1120
Tacoma, Washington 98402-3767
(253) 591-5885 / FAX 591-5755

12   That these documents, consisting of written complaints by plaintiffs, and alleged statements by witnesses to isolated events, are non-responsive to the questions posed in the above-referenced Interrogatories

FURTHER YOUR AFFIANT SAYETH NAUGHT

_____
SHELLEY M KERSLAKE

SUBSCRIBED and SWORN to before me this _____ day of September, 2001

_____
Printed Name _____
NOTARY PUBLIC in and for the State of Washington, residing at _____
My commission expires _____

AFFIDAVIT OF
SHELLEY M KERSLAKE - 4

Tacoma City Attorney
Civil Division
747 Market Street, Room 1120
Tacoma, Washington 98402-3767
(253) 591-5885 / FAX 591-5755