# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

CHAMBERS OF
**RONALD B. LEIGHTON**
UNITED STATES DISTRICT JUDGE

U S COURTHOUSE
1717 PACIFIC AVENUE
TACOMA, WA 98402

--------

(253) 593-6449
(253) 593-6443/fax

March 28, 2003

_____ FILED _____ _____ LODGED
_____ _____ RECEIVED

M'? ? 8 2003

CLERK U S DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                        DEPUTY

Shelley M Kerslake
Assistant City Attorney
747 Market Street, Room 1120
Tacoma, WA 98402-3767

Lembhard G Howell
Attorney at Law
720 Third Ave , Suite 2105
Seattle, WA 98104

Re      *Thomas, et al vs City of Tacoma, et al*
        U S District Court No C01-5138 (RJB)RBL

Dear Counsel

        The Court has received a request from the City of Tacoma to grant permission to City of
Tacoma police officers to carry their weapons into the United States District Courthouse when
appearing for the above-referenced matter   The Court has reviewed the reasons cited for the
request, as well as those reasons given as justification for the General Order, which generally
prohibits law enforcement officers from carrying weapons into the United States Courthouse
The Court believes *strongly* that in this case the prohibition contained in the General Order should
be observed and those police officers who will appear in this matter are directed to check in their
weapons with the U S  Marshal prior to entering the courthouse facilities

                                        Very truly yours,

                                        Ronald B  Leighton
                                        United States District Court Judge

CV 01-05138 #00000610