RECEIVED
NOV 15 2005
TACOMA CITY ATTORNEY
CIVIL DIVISION

HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CORY L. THOMAS; ABDULLAH ALI; MUHAMMAD ALEXANDER; and ISMAIL RAHMAAN,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF TACOMA, a municipal corporation; TACOMA POLICE DEPARTMENT; NATHAN CLAMMER; ROBERT LUKE; DAVID PECK; STEVE O'KEEFE; ROBERT BAKER; RONALD TENNYSON; DANIEL GRANT; MICHAEL ROWBOTTOM,<br><br>Defendants. | NO. C01-5138 RBL<br><br>SATISFACTION OF JUDGMENT |

## **JUDGMENT SUMMARY**

| | |
|---|---|
| Judgment Creditor: | Cory L. Thomas |
| Judgment Creditor's Attorney: | Lembhard G. Howell, WSBA #133 |
| Judgment Debtor: | City of Tacoma |
| Amount of Judgment: | $39,331.83 payable to the Trust Account of Lembhard G. Howell |

SATISFACTION OF JUDGMENT - 1 –
(C01-5138RJB)

Law Offices of Lembhard G. Howell, P.S.
Pacific Building, Suite 2105, 720 Third Avenue
Seattle, WA 98104
(205) 623-5296 / (206) 628-6474 facsimile

## SATISFACTION OF JUDGMENT

WHEREAS plaintiff obtained judgment against defendant on October 19, 2005, and the judgment has been fully satisfied; NOW THEREFORE, full satisfaction of judgment is hereby acknowledged and the clerk of the court is hereby authorized and directed to cancel, fully satisfy and discharge the judgment.

DATED: November 14, 2005

Law Offices of Lembhard G. Howell, P.S.

_____
LEMBHARD G. HOWELL, WSBA #133
Attorney for Plaintiff

SUBSCRIBED AND SWORN to before me this ___ day of November, 2005.

_____
NOTARY PUBLIC in and for the State of Washington residing at Seattle WA.
My Commission Expires: 6/7/07

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: LEMBHARD G. HOWELL.

_____
JEAN P. HOMAN, WSBA #27084
Attorney for Defendants
Tacoma City Attorney's Office
747 Market Street, Suite 1120
Tacoma, WA 98402
(253) 591-5885
Fax: (253) 591-5755
jhoman@ci.tacoma.wa.us

SATISFACTION OF JUDGMENT - 2 –
(CO1-5138RJB)

Law Offices of Lembhard G. Howell, P.S.
Pacific Building, Suite 2105, 720 Third Avenue
Seattle, WA 98104
(205) 623-5296 / (206) 628-6474 facsimile